UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ASCENTIAL SOFTWARE CORPORATION,

    Plaintiff,

v.

RUSSELL DODSON,

    Defendant.

Civil Action No.

**04-40130**

## NOTICE OF REMOVAL

TO THE CLERK OF THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441(a), Defendant Russell Dodson hereby removes to this Court the state court action described below on the following grounds:

1. Defendant Russell Dodson ("Dodson") is the sole, existing named defendant in a civil action filed on or about June 23, 2004, in the Superior Court of the Commonwealth of Massachusetts for the County of Worcester, Case Number 04-1189, entitled <u>Ascential Software Corporation v. Russell Dodson</u>. A true and correct copy of the Verified Amended Complaint filed by plaintiff Ascential Software Corporation ("Ascential") in the state court is attached hereto as Exhibit A.

2. On or about June 23, 2004, Ascential also filed an Amended Motion for Preliminary Injunction, which is set for hearing on July 12, 2004. True and

LIBB/1273343.2

FILING FEE PAID:
RECEIPT # 40436/
AMOUNT $ 0.00
BY DPTY CLK
DATE 7-9-04

correct copies of Ascential's Amended Motion for Preliminary Injunction and Memorandum in Support of Its Motion for Temporary Restraining Order and Preliminary Injunction are attached hereto as Exhibit B.

3. Attached as Exhibit C are copies of all other process, pleadings, and orders received by Dodson with regard to the state action described in paragraph 1 above.

4. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332, because Dodson is an individual residing in Texas and Ascential is a Delaware corporation with its principal place of business in Massachusetts. See Exhibit A at ¶¶ 8, 9 (Verified Amended Complaint).

5. It is apparent from the face of the Verified Amended Complaint, which references two separate potential sales of enterprise data integration software, that plaintiff's claims exceed $75,000.00. See Exhibit A at ¶¶ 7, 12-14, 28-36, Prayer for Relief (Verified Amended Complaint). Further, the amount of money Dodson stands to lose if Ascential is granted the injunctive relief it seeks exceeds $75,000.00. See Declaration of Russell Dodson In Support of Notice of Removal at ¶ 2, attached as Exhibit D hereto. As a result, the amount-in-controversy requirement of diversity jurisdiction is met. See 28 U.S.C. § 1332.

6. As a result of the foregoing, this action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Dodson pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action between a citizen of a state and a citizen of a foreign state, and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs based on the face of the Complaint.

7. Dodson was served with the summons and complaint in this action on June 28, 2004. Removal is therefore timely. See 28 U.S.C. § 1446(b).

8. This action is properly removed to this Court under 28 U.S.C. §§ 1441(a) and 1446(a) because the state court action is pending in Worcester County, Massachusetts, which lies within this District.

Respectfully submitted,

RUSSELL DODSON

By his attorneys,

*/s/*

James S. Dittmar, P.C. (BBO #126320)
Robert M. Hale (BBO #217710)
Christopher B. Kaczmarek (BBO #647085)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000

Of Counsel:
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
  Robert W. Stone (CA Bar No. 163513)
  Ann M. Heimberger (CA Bar No. 197060)
  Matthew W. Meskell (CA Bar No. 208263)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dated: July 9, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 9, 2004, a true and correct copy of the *Notice of Removal* was served by hand upon the following:

>Daniel E. Rosenfeld, Esq.
>Amy B. Abbott, Esq.
>Kirkpatrick & Lockhart, LLP
>75 State Street
>Boston, MA  02109

_____
Christopher B. Kaczmarek

LIBA/1333699.1
JS 44 (Rev. 3/99)

04-40130

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judical Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
ASCENTIAL SOFTWARE CORPORATION

### DEFENDANTS
RUSSELL DODSON

(b) County of Residence of First Listed Plaintiff **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASEES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Daniel E. Rosenfeld
Kirkpatrick & Lockhart
75 State Street
Boston, MA  02109   (617) 261-3100

Attorneys (If Known)
James S. Dittmar, P.C. (BBO #126320)
Robert M. Hale, P.C. (BBO #217710)
Christopher B. Kaczmarek (BBO #647085)
Goodwin Procter LLP
Exchange Place
Boston, MA  02109   (617) 570-1000

### II. BASIS OF JURISDICTION (Place and "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place and "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

*PERSONAL INJURY*
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury—Product Liability
- ☐ 368 Asbestos Personal Inury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13 95 ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIW C/DIW W (405 (g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentences
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 535 Prison Condition

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgment. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**FEDERAL TAXSUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organization
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity)

28 U.S.C. § 1332- Suit alleging breach of a non-competition covenant in an employment agreement.

### VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND$ Greater than $75,000
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
None.
JUDGE _____   DOCKET NUMBER _____

DATE July 9, 2004
SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

04-40130

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Ascential Software Corporation v. Russell Dodson__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(2)).

   ☐ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

   Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ☒ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ☐ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court    __None.__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC § 2403)

   YES ☐    NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? – (See Local Rule 40.1(d)).

   YES ☒    NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?

   Eastern Division ☐    Central Division ☒    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal – are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)    __See attachment.__

   YES ☒    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Christopher B. Kaczmarek, Esq.__
ADDRESS __Goodwin Procter LLP, Exchange Place, Boston, MA 02109__
TELEPHONE NO. __617-570-1000__

(Cover sheet local.wpd - 10/17/02)
LIBA/1396009.1