## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASCENTIAL SOFTWARE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-40130-DPW |
| ) | |
| v. ) | |
| ) | |
| RUSSELL DODSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF RECUSAL

**SAYLOR, D.J.**

It appears that attorneys from the firm of Goodwin Procter have been engaged to represent a party in this action. Due to Judge Saylor's prior affiliation with that firm, he has instructed the Clerk's Office that, until further notice, an Order of Recusal shall be entered in all cases in which an attorney from Goodwin Procter has entered an appearance. Pursuant to that policy, Judge Saylor hereby recuses himself in this matter.

BY ORDER OF THE COURT,

/s/ Deborah F. Shattuck
Deputy Clerk

Date: 7/12/04