GOODWIN | PROCTER

Christopher B. Kaczmarek
617.570.1373
ckaczmarek@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

FILED
2004 JUL 15 A 11: 35
U.S. DISTRICT COURT
DISTRICT OF MASS

July 15, 2004

**By Hand**

The Honorable Judge Woodlock
United States District Court for the
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Attention: Rebecca Greenberg

Re: **Ascential Software Corporation v. Russell Dodson**
    **Civil Action No. 04-40130-DPW**

Dear Judge Woodlock:

Yesterday afternoon I submitted to the Court the Defendant's Motion to Impound Defendant Russell Dodson's Opposition to Ascential Software Corporation's Amended Motion for Preliminary Injunction (the "Motion"). As I indicated in the Local Rule 7.1 Certification attached to the Motion, I was unable to confer with Daniel E. Rosenfeld, counsel for the Plaintiff, prior to submission of the Motion. Please note that I subsequently have spoken with Attorney Rosenfeld, who informed me that he has no objection to the Motion.

Very truly yours,

Christopher B. Kaczmarek

cc:   Daniel E. Rosenfeld, Esq.
      Amy B. Abbott, Esq.

LIBB/1274409.1