UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASCENTIAL SOFTWARE CORPORATION,<br><br>         Plaintiff,<br><br>v.<br><br>RUSSELL DODSON,<br><br>         Defendant. | Civil Action No. 04-40130-DPW |

## NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PROCEEDINGS

Pursuant to Local Rule 81.1, defendant Russell Dodson, by his undersigned attorneys, hereby files certified copies of all records and proceedings and all docket entries in Commonwealth of Massachusetts Superior Court, Worcester County, Civil Action No. 04-01189, which was removed to this Court on July 9, 2004.

Respectfully submitted,

RUSSELL DODSON

By his attorneys,

/s/ James S. Dittmar, P.C.
James S. Dittmar, P.C. (BBO #126320)
Robert M. Hale (BBO #217710)
Christopher B. Kaczmarek (BBO #647085)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Tel:  (617) 570-1000

LIBA/1399359.1

Of Counsel:
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
  Robert W. Stone (CA Bar No. 163513)
  Ann M. Heimberger (CA Bar No. 197060)
  Matthew W. Meskell (CA Bar No. 208263)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

Dated:   July 22, 2004