UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASCENTIAL SOFTWARE CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>RUSSELL DODSON,<br><br>     Defendant. | Civil Action No. 04-CV-40130-DPW |

## MOTION TO PERMIT SAMUEL B. SHEPHERD TO APPEAR *PRO HAC VICE*

  Christopher B. Kaczmarek, attorney for defendant Russell Dodson in the above-captioned matter, moves pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts for the admission, *pro hac vice*, of Samuel B. Shepherd, Esquire. The basis for this motion is as follows:

  1. Samuel B. Shepherd is a partner with the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP in Redwood Shores, California, and is counsel for defendant Russell Dodson.

  2. Mr. Shepherd is a member in good standing in every jurisdiction in which he has been admitted to practice.

  3. There are no disciplinary proceedings pending against Mr. Shepherd as a member of any bar in any jurisdiction.

  4. Mr. Shepherd has indicated in the attached Certificate that he is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

  In further support of this motion, the Certificate of Mr. Shepherd is attached hereto as Exhibit A. A filing fee of $50 is enclosed with this motion.

WHEREFORE, Christopher B. Kaczmarek respectfully requests that this Court admit Samuel B. Shepherd *pro hac vice*.

LOCAL RULE 7.1 CERTIFICATION

Counsel for defendant Russell Dodson hereby certifies that he has attempted to confer with counsel for plaintiff Ascential Software Corporation and has attempted in good faith to resolve the issue raised in defendant's Motion to Permit Samuel B. Shepherd to Appear *Pro Hac Vice.*

> Respectfully submitted,
>
> RUSSELL DODSON
>
> By his attorneys,
>
> /s/ Christopher B. Kaczmarek
> _____
> James S. Dittmar, P.C. (BBO No. 126320)
> Robert M. Hale (BBO No. 217710)
> Christopher B. Kaczmarek (BBO No. 647085)
> GOODWIN PROCTER LLP
> Exchange Place
> Boston, MA  02109
> Tel:  (617) 570-1000

Dated:  September 16, 2004