UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ASCENTIAL SOFTWARE CORPORATION,

        Plaintiff,

v.

RUSSELL DODSON,

        Defendant.

Civil Action No. 04-CV-40130-DPW

**CERTIFICATE OF SAMUEL B. SHEPHERD
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Samuel B. Shepherd, hereby certify that:

1. I am an attorney duly admitted to the practice of law in California since 1992. I am a partner with the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065, counsel for defendant Russell Dodson.

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by the same.

5. I respectfully request that I be admitted before this Court for the purposes of the above-captioned proceedings.

Signed under the pains and penalties of perjury this 10th day of September , 2004.

/s/ Samuel B. Shepherd
_____
Samuel B. Shepherd

LIBB/1289567.1