UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASCENTIAL SOFTWARE CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>RUSSELL DODSON,<br><br>    Defendant | Civil Action No. 04-40130-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, by their respective counsel, hereby stipulate and agree that the action shall be dismissed with prejudice and without the award of attorneys' fees and costs.

ASCENTIAL SOFTWARE
CORPORATION,

By its attorneys,


_____
Daniel E. Rosenfeld (BBO #560226)
Amy B. Abbott (BBO #648072)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

RUSSELL DODSON,

By his attorneys,


_____
Samuel B. Shepherd (CA Bar No. 163564)
Robert W. Stone (CA Bar No. 163513)
Ann M. Heimberger (CA Bar No. 197060)
Matthew W. Meskell (CA Bar No. 208263)
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600

BOS-705263 v1 0517750-0905

                                                        James S. Dittmar, P.C. (BBO #126320)
                                                       Robert M. Hale (BBO #217710)
                                                       Christopher Kaczmarek (BBO #647085)
                                                       GOODWIN PROCTER LLP
                                                       Exchange Place
                                                       Boston, MA  02109
                                                       (617) 570-1000

Dated:  October 29, 2004